HOLLINGSWORTH v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Charles A. Hollingsworth against the New York Railways Company. No opinion. Application denied, with $10 costs. Order signed.

HOLLSTEIN, Appellant, v. CITY OF BUFFALO, .Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Louise Hollstein against the City of Buffalo. No opinion. Judgment and order affirmed, with costs.

HOLMES et al., Appellants, v. ST. JOSEPH LEAD CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Robert Holmes, individually, etc., and others, against the St. Joseph Lead Company, impleaded with others. E. W. Hatch, of New York City, for appellants. G. S. Franklin, of New York City, for respondents. No opinion. Judgment and order (84 Misc. Rep. 278, 147 N. Y. Supp. 104) affirmed, with costs, on opinions of CARDOZO, J., at Special Term. Order filed.

HORENSTEIN v. SCHEIN et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Tillie Horenstein against Max Schein and others, David Zibuloff, appellant. No opinion. Order affirmed, with costs. See, also, 147 N. Y. Supp. 1117.

HORENSTEIN v. SCHEIN et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Tillie Horenstein against Max Schein and others. No opinion. Judgment and order affirmed, with costs. See, also, 147 N. Y. Supp. 1117.

HUDSON, Respondent, v. GLENS FALLS INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Charles Hudson against the Glens Falls Insurance Company. PER CURIAM. Judgment reversed, and complaint dismissed, with costs, including costs of this appeal. That part of the twenty-first finding of fact, to the effect that the statements made by the adjuster to the plaintiff at the time of the settlement were misrepresentations either of fact or law, is disapproved, and stricken out. Held, that the tenant had no insurable interest in that part of the hay destroyed which was necessary to winter out the stock.

HUGGINS, Respondent, v. NEW YORK & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Margaret Huggins, as administratrix, etc., of Thomas Huggins, deceased, against the New York & Stamford Railroad Company. No opinion. Order setting aside verdict and granting a new trial unanimously affirmed, with costs.

HUGHES, Appellant, v. CONROY BROS., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Michael Hughes against the Conroy Bros. J. A. O'Leary, of New York City, for

appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HUGUENOT TRUST CO. v. IRELAND et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Huguenot Trust Company against Robert D. Ireland, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1117.

HUGUENOT TRUST CO., Respondent, v. IRELAND, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Huguenot Trust Company against Robert D. Ireland, impleaded with others. A. J. Ernest, of New York City, for appellant. F. C. Avery, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1117.

HYDE PARK TERRACE CO., Respondent, v. JACKSON BROS. REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by the Hyde Park Terrace Company against the Jackson Bros. Realty Company and others. No opinion. Counsel will be heard on the settlement of the form of the judgment. before Mr. Justice PUTNAM, on Wednesday, May 27, 1914, at 12 o'clock. See, also, 161 App. Div. 699, 145 N. Y. Supp. 1127; 146 N. Y. Supp. 1037.

INTERNATIONAL TEXT-BOOK CO., Appellant, v. TONE, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by the International Text-Book Company against Richard J. Tone. No opinion. Judgment affirmed, with costs.

IROQUOIS BREWING CO., Appellant, v. THOMAS CUSACK CO., Respondent. (No. 15423.) (Supreme Court, Appellate Division, Fourth Department. March 25, .1914.) Action by the Iroquois Brewing Company against the Thomas Cusack Company. PER CURIAM. Judgments of Supreme Court and of City Court reversed, and new trial ordered to be had in the City Court on the 8th day of April, 1914, at 10 a. m., with costs in all courts to appellant to abide event. Held, that painting advertising signs upon the walls of plaintiff's building, though by license from plaintiff's tenant, may cause damage to the building in the nature of waste, provided the damage is not trivial, but substantial. Defendant may be held liable, under section 1651 of the Code of Civil Procedure, as assignee of the tenant.

IROQUOIS BREWING CO., Appellant, v. THOMAS CUSACK CO., Respondent. (No. 17276.) (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by the Iroquois Brewing Company against the Thomas Cusack Company. PER CURIAM. Judgments of Supreme Court and of City Court reversed, and new trial ordered to be had in the City Court on the 8th day of April, 1914, at 10 a. m., with